# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNELL WATTS, | Case No. CV 18-5692 MWF(JC) |
| Petitioner, | JUDGMENT |
| v. | |
| J. GASTELO, | |
| Respondent. | |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: July 23, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE